# United States District Court Violation Notice

EW3

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| F 5399010 | Aragon Jones | A401340 |

F5399010

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 03-02-2019 1202

Offense Charged: 36 CFR 261.58G

Place of Offense: Blewett Sno Park

Offense Description: Parking or leaving vehicle in violation of posted instructions (No Sno Park Permit)

**DEFENDANT INFORMATION**

Last Name: Pacific Pile and Marine

| Tag No. | State | Year | Make | Type | Color |
|---|---|---|---|---|---|
| C77779K | WA | 2017 | Chev | PK | WHI |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 50 Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ 80 Total Collateral Due

**YOUR COURT DATE**

Court Address: Yakima Federal Court House 25? 3rd St Yakima WA 98901

Date: 05/03/2019

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Original - CVB Copy    FS-5300-4 (3/2017)

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

See Attached

The foregoing statement is based upon:
☐ my personal observation      ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03-07-2019
Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

CVB SCAN 03/28/2019 14:14
CVB SCAN 03/28/2019 14:14